**DISMISS and Opinion Filed July 24, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00594-CV

## IN THE INTEREST OF G.R.M. AND G.A.A.M., CHILDREN

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-07648**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

The Court questioned its jurisdiction over this appeal as the clerk's record contained an order granting appellant's motion for new trial. We instructed appellant to file, by June 11, 2018, a letter brief addressing the jurisdictional issue and cautioned her that failure to comply may result in dismissal of the appeal without further notice. Appellant has not complied.

An order granting a new trial deprives an appellate court of jurisdiction over an appeal. *See Yan v. Jiang*, 241 S.W.3d 930, 930 (Tex. App.—Dallas 2008, no pet.). The trial court signed the judgment on April 25, 2018. Appellant filed a timely motion for new trial on April 30, 2018. The trial court signed an order granting the motion for new trial on May 7, 2018.

Because the trial court has granted a new trial, this Court lacks jurisdiction over this appeal. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

180594F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF G.R.M. AND
G.A.A.M., CHILDREN

No. 05-18-00594-CV

On Appeal from the 255th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-17-07648.
Opinion delivered by Chief Justice Wright.
Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Charles Ray McCullough recover his costs of this appeal from appellant Lequeshua Shanta Wriser.

Judgment entered July 24, 2018.